IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDIMAR MEIRELES DE OLIVEIRA,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, MICHAEL T. ROSE,**<br>**KRISTI NOEM, PAMELA BONDI, U.S.**<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY, EXECUTIVE OFFICE OF**<br>**IMMIGRATION REVIEW,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-1246** |

## O R D E R

**AND NOW**, this 16th day of March, 2026, upon consideration of Edimar Meireles de Oliveira's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), the Government's opposition thereto (ECF No. 5), and Petitioner's reply to the Government's opposition (ECF No. 6), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on March 17, 2026.**

2. Petitioner's Motion to Expedite Consideration of Habeas Petition (ECF No. 7) is **DENIED AS MOOT.**

3. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

4. The Government is temporarily enjoined from re-detaining Petitioner until **March 24, 2026.**

5. If the Government decides to pursue re-detention of Petitioner after March 24, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7. Further, the Government is directed to respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act under 5 U.S.C. § 504 and 28 U.S.C. § 2412, on or before **March 23, 2026.**  The Court will render its determination on the issue of attorneys' fees and costs after March 23, 2026.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**