**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDIMAR MEIRELES DE OLIVEIRA,

*Plaintiff*,

v.

J.L. JAMISON, Warden, Federal
Detention Center, Philadelphia *et al.*,

*Defendants*.

Civil Action No. 2:26-1246

## STIPULATION AND ORDER

The parties, subject to the Court's order, hereby stipulate and agree as follows:

1.  The deadline for the respondents to brief the issue of attorneys' fees as ordered by the Court, is March 23, 2026. *See* ECF No. 9 ¶ 7.

2.  The petitioner shall thereafter have two weeks (until April 6, 2026) to file his brief in response, including an application setting forth his costs and attorneys' fees.

3.  The respondents then shall have one week (until April 13, 2026) to file their reply, and, if they choose, to address the reasonableness of the costs and attorneys' fees as set forth in petitioner's application.

Dated: March 19, 2026


_/s/ Caitlin Barry_ _____    _ _/s/ Viveca D. Parker_ _____

CAITLIN BARRY, ESQ.                VIVECA D. PARKER
Farmworker Legal Aid Clinic        Assistant U.S. Attorney
Villanova University               United States Attorney's Office
Charles Widger School of Law       615 Chestnut St.
299 N. Spring Mill Road            Philadelphia, PA 19106
Villanova, PA 19085                viveca.parker@usdoj.gov
flac@law.villanova.edu

*Counsel for Petitioner*            *Counsel for Respondents*




**BY THE COURT**

March _19_, 2026                    **/s/ Hon. Kelley B. Hodge**
                                    _____

                                    HODGE, KELLEY B., J.
                                    *United States District Court Judge*


2