IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDIMAR MEIRELES DE OLIVEIRA, **Petitioner,** | CIVIL ACTION |
| **v.** | |
| J.L. JAMISON, MICHAEL T. ROSE, KRISTI NOEM, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, **Respondents.** | NO. 26-1246 |

## O R D E R

**AND NOW**, this 17th day of July, 2026, this Court, (a) by Memorandum and Order dated March 16, 2026, having granted the Petition for Writ of *Habeas Corpus* and (b) by Order dated April 7, 2026, having denied petitioner's Motion for Attorney Fees, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.